UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMEN EDWARDS, LISA WRIGHT,
SHERRY CASTRO, KALVIN BRADY,
and JOYCE MILLER-MODOCK,
Individually and on behalf of all similarly
situated African Americans,

    Plaintiffs,                                       Case No. 01-72582

vs.                                                        HON. AVERN COHN

HENRY FORD HOSPITAL, a/k/a
HENRY HEALTH SYSTEM,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONSENT DECREE (Dkt. # 102)**

       This is an employment discrimination case. On November 1, 2005, the Court entered a Consent Decree and Order of Final Approval which resolved the case. Before the Court is defendant's Motion to Amend the Consent Decree. For the reasons stated on the record at the hearing on February 25, 2010, the motion is GRANTED.

       Defendants shall within five (5) days submit an Amended Consent Decree and Order Approving Amended Consent Decree which shall include the Court's requirements stated at the hearing as to its continuing jurisdiction and defendant's reporting obligations.

       SO ORDERED.

Dated: February 25, 2010              S/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2010, by electronic and/or ordinary mail.

                                                            S/Julie Owens
                                                            Case Manager, (313) 234-5160